BOSWORTH v. DUNLAP et al. (Circuit Court of Appeals, Eighth Circuit. May 21, 1900.) No. 1,383. Appeal from the Circuit Court of the United States for the District of Colorado. Charles J. Hughes, Jr., and Albert Smith, for appellant. H. M. Hogg, for appellees. No opinion. Affirmed, with costs.

BURT v. LINN. (Circuit Court of Appeals, Eighth Circuit. May 8, 1900.) No. 1,396. In Error to the Circuit Court of the United States for the District of North Dakota. Walter C. Ong and Stephen C. Miller, for plaintiff in error. George S. Grimes, Seth Newman, Burleigh F. Spalding, and Winfield S. Stambaugh, for defendant in error. Motion by defendant in error to dismiss sustained, and writ of error dismissed, with costs.

CHICAGO G. W. RY. CO. v. BOEHM. (Circuit Court of Appeals, Eighth Circuit. May 10, 1900.) No. 1,344. In Error to the Circuit Court of the United States for the District of Minnesota. D. W. Lawler and Lafayette French, for plaintiff in error. J. M. Greenman and R. J. Dowdall, for defendant in error. No opinion. Affirmed, with costs.

CITY OF DENVER et al. v. MERCANTILE TRUST CO. OF NEW YORK. (Circuit Court of Appeals, Eighth Circuit. May 8, 1900.) No. 1,290. Appeal from the Circuit Court of the United States for the District of Colorado. J. M. Ellis and S. L. Carpenter, for appellants. A. M. Stevenson and Charles J. Hughes, Jr., for appellee. No opinion. Affirmed, with costs, on authority of Levis v. City of Newton (C. C.) 82 Fed. 1006.

CLARKE et al. v. NORTHWESTERN MUT. LIFE INS. CO. et al. (Circuit Court of Appeals, Eighth Circuit. June 11, 1900.) No. 1,354. Appeal from the Circuit Court of the United States for the District of Nebraska. John L. Webster, for appellant. Howard Kennedy, Jr., James W. Carr, Martin Langdon, and W. R. Morris, for appellees. No opinion. Affirmed, with costs. See 94 Fed. 262.

CONSTABLE v. MILLER. (Circuit Court of Appeals, Second Circuit. January 31, 1899.) In Error to the Circuit Court of the United States for the Southern District of New York. William B. Coughtry, for plaintiff in error. Henry L. Burnett, for defendant in error. Writ of error dismissed for failure to print the record.

DUFF MFG. CO. v. KALAMAZOO RAILWAY-SUPPLY CO. (Circuit Court of Appeals, Sixth Circuit. June 15, 1900.) No. 839. Appeal from the Circuit Court of the United States for the Western District of Michigan. James I. Kay, for appellant. F. L. Chappell, for appellee. No opinion. Decree of circuit court affirmed. See 102 Fed. 171.

EAST TENNESSEE TEL. CO. v. MAYOR, ETC., OF CITY OF GREENVILLE, TENN. (Circuit Court of Appeals, Sixth Circuit. May 15, 1900.) No. 789. Appeal from the Circuit Court of the United States for the Eastern District of Tennessee. Walter S. Roberts, for appellant. Dana Harmon, for appellee. No opinion. Decree of the circuit court reversed for want of jurisdiction.